# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA LEE NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>MENTOR WORLDWIDE, LLC; NUSIL, LLC; NUSIL TECHNOLOGY LLC; and DOES 1–100, inclusive,<br><br>Defendants | Case No. 2:19-cv-02391-WBS-KJN<br><br>Hon. William B. Shubb<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON MENTOR'S MOTION TO DISMISS** |

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby continues the hearing on Defendant Mentor Worldwide LL's Motion to dismiss from March 23, 2020 to **April 20, 2020 at 1:30 p.m.** in Courtroom 5. The Scheduling Conference is continued to **June 8, 2020 at 1:30 p.m.** A joint status report shall be filed no later than **May 26, 2020**.

**IT IS SO ORDERED.**

Dated: March 12, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE